IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 5:24-mj-01920-BM |
| v. : | |
| : | |
| PETER A. MUNN : | |

APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (**X**) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. ' 2255 and avers:

1. Name of detainee: Peter A. Munn

2. Detained by: **Cumberland County Jail**
   **204 Gillespie St, Fayetteville, NC 28301-5646**
   **(910) 672-5630**

3. Detainee is (**X**) charged in this district by **(x) Motion of Revocation** of violating **Title 18 U.S.C. §§ 3565 and Violations of Probation §7B1.1**

4. Appearance is necessary on **01 August 2025 at 1:30 pm** (**X**) **in the U.S. Magistrate Court, Raleigh, N.C. 7th Floor - Courtroom 2**, OR ( ) before the Federal Grand Jury in this district, for (**X**) **initial appearance on revocation** ( ) detention hearing ( ) arraignment/plea to criminal information ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. ' 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) other purpose(s), specifically:

/s/ Diego T. Duarte
DIEGO T. DUARTE
Assistant United States Attorney

WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum     ( ) Ad Testificandum     ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date:  7/31 , 2025

United States Magistrate Judge